TOWN OF DUNDEE, a municipal corporation organized and existing under the laws of the State of Florida; C. A. HELTON as Tax Collector and as Tax Assessor of said Town of Dundee, and G. F. Kletzin, v. W. S. DORR, et al.

32 So. (2nd) 285  
July 18, 1947  
On rehearing October 17, 1948

June Term, 1947  
En Banc

TERRELL and BUFORD, JJ., and PARKS, Associate Justice, concur.

THOMAS, C. J., CHAPMAN and ADAMS, JJ., dissent.

SUPPLEMENTAL ORDER

BARNS, J.:

It having been stipulated that this appeal should be governed by the appeal of Town of Lake Hamilton v. Hughes, wherein this Court (opinion filed July 18, 1947) partially affirmed and partially reversed the Chancellor, it is thereupon ordered that this Court's decision in said Lake Hamilton v.

Hughes shall control herein and the cause is remanded for the entry by the Chancellor of a final decree accordingly.

THOMAS, C. J., TERRELL, BUFORD, CHAPMAN, ADAMS, JJ., and PARKS, Associate Justice, concur.